Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number (if available) | Date |
|---|---|
| NONE | 04/18/2013 |
| Applicant's Name | Applicant's Signature |
| ANURUDDHIKA MADHUSHANI THENNAKOON | Anuruddhika |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part       B
Question

My name is Anuruddhika Madhushani Thennakoon. I am a Sinhala Buddhist from 12, Baduwaththa, Dalupatha, Negombo, Sri Lanka. I was born in Badulla on August 20th 1987 and lived with my siblings until I married Rohan Pradeep Kumara on August 28th 2008. I studied at the Vishaka Girls High School in Badulla from January 1993 and graduated from high school in April 2006.

My husband Rohan Pradeep Kumar is a famous track and field Athlete in Sri Lanka. He has participated in several national, Asian games and world championships in 200 meters, 400 meters and 4x400 meters relays. He is a participant of the summer Olympics in 2000 which was held in Sidney and the summer Olympics in 2004 which was held in Athens. He is one of the world's top 40 of 400 meters runners and he is the current Sri Lankan National Festival Games record holder.

My husband had worked as a sports coordinator at the Sri Lanka Telecommunication Department from 1997 until 2001. Then he had joined the Sri Lanka Electricity Board and worked as a sports coordinator until May 2012.

Apart from work and sports my husband got involved in politics since January 2009. He supported the UNP (United National Party) candidate from Negombo named Dr. A K Paul Perera. This politician is running a school in Negombo under the name of Negombo South International School and he requested my husband to support him during the elections because of my husband's popularity in the area. My husband supported him during the April 2009 provincial council election and Dr. A K Paul Perera was elected as a member of the Western Provincial Council. My husband also coached the children at the Negombo South International School for free and they won in several athletic competitions.

The UPFA (United People's Freedom Alliance) is the political party which is currently in power and they didn't like my husband supporting the UNP. As a result my husband was not able to participate in any significant athletic events. The sports ministry ill treated my husband and didn't allow him to participate in any international events.

1

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number (if available) | Date |
|---|---|
| NONE | 04/18/2013 |
| Applicant's Name | Applicant's Signature |
| ANURUDDHIKA MADUSHANI THENNAKOON | Anuruddhika |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part ___B___

Question _____

The war ended in Sri Lanka in May 2009 and the army commander General Sarath Fonseka resigned from the army in November 2009 and contested for the January 2010 presidential election challenging the current president Mahinda Rajapaksha from the UPFA party. General Sarath Fonseka formed a new political party under the name of New Democratic Front and the UNP and several other parties endorsed with General Sarath Fonseka to support him during the presidential election.

Dr. A K Paul Perera requested my husband to help him during the presidential election and my husband started campaigning for General Sarath Fonseka along with Dr. A K Paul Perera since December 2009. This election was very crucial and there was a prediction that General Sarath Fonseka would win this election and become the president. My husband received several threats from the supporters of Mahinda Rajapaksha. They threatened my husband over the phone saying that they would kill him if he didn't stop supporting General Sarath Fonseka. I also received threatening calls to the land phone line and the callers threatened to kill my husband and send his body in a package to my house. I told my husband to stop doing politics but he told me that he had no way out as he had already got involved.

The presidential election was held on January 26th 2010 and General Sarath Fonseka lost in this election. It is a well known fact that the current government had used malpractices to win this election. We were very afraid and went to my native town Badulla and stayed there for about three months. My husband didn't report to work and applied for no pay leave. we learned that unidentified people came to my husband's house in Negombo looking for him. General Sarath Fonseka was arrested by the government under false accusation on February 8th 2010 and he was sentenced to jail for 3 years.

Following this the general election was held on April 8th 2010 but my husband didn't get involved in this election because of fear. But my husband took part in several protest against the government to release General Sarath Fonseka who was kept in prison.

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

A-Number (if available): NONE
Date: 04/15/2013
Applicant's Name: ANURUDDHIKA MADHUSHANI THENNAKOON
Applicant's Signature: Anuruddhika

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part: B
Question: 

Badulla, my native town is populated with Tamils and my family had several Tamil friends. During the 1983 riots between the Tamils and the Sinhalese many Tamil families had been attacked and killed. During this time my family had given shelter to one of our Tamil neighbors and later they had gone to India as refugees. This family returned from India after several years and they lived in Wattala which is few miles away from Negombo. They visited my family several times and became my close friends. They were very grateful to my family and treated me as one of their family members. Their son Ashan Shanmugan worked for a textile store named Odel and he visited my house very frequently. My neighbors in Negombo who are strong supporters of the UPFA had come to know that my family had been visited regularly by a Tamil person.

Ashan visited my house on April 22nd 2012 and spent the day with my family. The Sinhalese neighbors who had learned that Ashan was in my house had informed the Seeduwa army that a suspected LTTE member had visited our house. Some army officers from the Seeduwa army camp came to our house in the evening and checked Ashan's ID and learned that he is a Tamil. They asked him few questions and learned that he had been in India as a refugee and had returned to Sri Lanka. They arrested him and my husband saying that they wanted to question them. The army officers took my husband and Ashan to the Seeduwa army camp.

I immediately contacted Dr. A K Paul Perera and told him that my husband and our Tamil friend Ashan were arrested by the Seeduwa army. He promised to contact the Seeduwa army camp and get my husband and Ashan released. Meanwhile I went to the Seeduwa army camp and tried to negotiate with the army but they cursed me in bad language and chased me away from the army camp. They even threatened to arrest and detain me too.

The army detained my husband and Ashan at the Seeduwa army camp and kept saying that they were still checking the background of Ashan. I kept bothering Dr. A K Paul Perera and he kept promising that the army would release my husband and Ashan soon.

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

A-Number (if available): NONE
Date: 04/18/2013
Applicant's Name: ANURUDDHIKA MADHUSHANI THENNAKOON
Applicant's Signature: Anuruddhika

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part: B
Question:

The news that my husband was arrested along with a Tamil started spreading in Negombo area as the neighbors who had given information to the army had been watching my husband and Ashan being taken away by army officers from my house. I started receiving threatening calls from unidentified people threatening to kill me and my husband for supporting the LTTE. Somehow Dr. A K Paul Perera got my husband released on April 27th 2012. My husband told me that he was beaten, interrogated and mistreated by army officers under false accusation of having connection with a member of the LTTE. Similarly I learned from Ashan that he had been falsely accused of being a member of the LTTE, beaten, interrogated and mistreated by army officers. I learned from my husband that he and Ashan were ordered by the army to report to them once a week until they finished the investigation.

On May 5th 2012 four army officers came to our house in the night and searched the house. They had consumed liquor and they were not in their senses. They threatened to kill my husband falsely accusing him of supporting the LTTE and threatened to arrest and take him away. They demanded for extortion and my husband told them that he didn't have any money to give them. I was wearing a gold chain at this time and they pulled the chain and broke it. When my husband tried to intervene they pointed their guns at both of us and threatened to shoot. They left our house threatening to come again if they needed more money.

My husband was very angry and he made a complaint at the Negombo police station against the army officers on May 7th 2012. My husband told me that the police officers were not very happy that my husband made a complaint against army officers.

On May 9th 2012 the same four army officers came to our house late in the night. They were in civilian clothes and held me and my husband at gun point. They punched my husband asking him why he made a complaint in the police against them. Then they handcuffed me and blindfolded me at gun point. I started screaming because of fear and they taped my mouth. Then I heard them threatening my husband saying that they would kill me if my husband didn't withdraw the complaint he made at the Negombo police station. They told my husband that

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number (if available) | Date |
|---|---|
| NONE | 04/18/2013 |
| Applicant's Name | Applicant's Signature |
| ANURUDDHIKA MADHUSHANI THENNAKOON | Anuruddhika |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part ___B___

Question _____

they were going to take me along with them and my husband should go to the Negombo police station and withdraw the complaint. They told my husband that he would see my dead body if he tried to do anything else other than withdrawing the police complaint. Then they dragged me to their jeep and took me away.

They drove for about 30 to 45 minutes and reached one of their secret locations. I was dragged into this location and then they removed the blindfold and the tape. I was inside a room and it looked like a room inside a house. Then they removed the handcuff and stripped my clothes at gun point. I tried to defend but they punched and kicked me ordering me to remove my clothes. After they made me nude they handcuffed me again and started to sexually abuse me. They made vulgar comments on me and started laughing. They said that it is a punishment for my husband making a complaint to the police against them. They locked me in that room saying that they would take me back to my house only if my husband withdraw the complaint or they would rape and kill me if he didn't follow their orders. I sat on a chair which was inside that room and kept crying and thinking what was going to happen to me next.

In the morning they came to the room again with a camera. They started taking my pictures while I had no clothes on me. While doing that they said that they would publish my pictures in the internet if my husband or I didn't obey their orders. They left me in that room and went away after taking those pictures. After few hours they came to the room again, removed the handcuffed and gave me my clothes. After I got dressed they handcuffed me again, blindfolded me and took me back to my house. On my way home they said that next time they would rape and kill me if my husband or I tried to take any action against them. They said that they would arrest me too saying that I had connection with a member of the LTTE.

After I reached home I learned from my husband that he went to the police station and withdrew the compliant. He said that the police knew what was going on and it was they who had informed the army officers about the complaint. I told my husband what the army officers did to me and he was very angry and frustrated. We also kept receiving threatening calls and I

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number (if available) | Date |
|---|---|
| NONE | 04/18/2013 |
| Applicant's Name | Applicant's Signature |
| ANURUDDHIKA MADHUSHANI THENNAKOON | Anuruddhika |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part  B

Question

was mentally depressed and very nervous. I told my husband that I cannot face any more problems as I was going into a nervous breakdown.

On May 15th 2012 my husband and I with our little son went to Badulla and stayed with one of my elder sisters. My husband didn't report to the army and they started looking for him. The army had gone to our neighborhood and had inquired about me and my husband from our neighbors. The situation became worst and we decided to leave Sri Lanka for our safety. My husband surfed the web and found out about a coaching education program in USA. He registered with one of the colleges and applied for USA visa for the whole family. Fortunately the visa was issued and we came to USA on September 23rd 2012. We are seeking asylum in the United States as we have life threat in Sri Lanka.

Form I-589 Supplement B (Rev. 11/01/12) Y