Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 05/02/2013 |
| Applicant's Name | Applicant's Signature |
| ROHAN KUMARA SAMARATHUNGA MUDIYANSELAGE | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part          B

Question

My name is Rohan Kumara Samarathunga Mudiyanselage. I am a Sinhala Buddhist from 27/17, Dutugemunu Mawatha, Lewella, Kandy, Sri Lanka. I was born on March 6th 1988 and I studied at Dharmashoka College in Kandy from January 1994 until December 2004. Then I joined D S Senanayaka College in Kandy and studied from January 2005 until April 2007. I am a boxer and I took part in many boxing tournaments while studying in school. After graduating from high school I joined the Sri Lanka air force on July 19th 2007. I was recruited to the air force only because of my boxing ability. I underwent a basic training at the Diyathalawa air force academy and then was stationed at the Katunayaka Air Force base in Katunayaka.

I was attached to the sports division of the air force and my duties were to practice daily and represent air force at boxing tournaments. I didn't have to take part in combat operations or in any civil duties.

I had lot of fans and one of them was a Tamil girl named Kamini Sivalingam. At first I didn't know that she was a Tamil because she was very fluent in Sinhalese as she had studied in Colombo. She lived with her parents in Dehiwela and I met her at one of the boxing tournament which was held at the Sugathadasa Indoor Stadium in November 2009. Our friendship turned into an intimate relationship by April 2010. We met very often and she came to the air force base to see me several times.

My girl friend' father was a businessman and at first my girl friend's parents opposed to our relationship because we were from different religion but after few months my girl friend was able to convince her parents and they allowed me to go to their house in Dehiwela. Since 2011 I visited my girl friend's house during every weekend and we had a great time.

My girl friend's father was from Jaffna and he had lot of business dealings in Jaffna. I learned that he was supplying food items to stores in Jaffna. The Sri Lanka army had arrested a Tamil businessman in Jaffna in May 2012 who had been supplying food items to the LTTE in the past. While conducting investigation the army in Jaffna had learned that my girl friend's father was the one who was sending food items to this Tamil businessman. The army had conducted

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 05/02/2013 |
| Applicant's Name | Applicant's Signature |
| ROHAN KUMARA SAMARATHUNGA MUDIYANSELAGE | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part     B

Question

further investigation and had suspected that my girl friend's father was supporting the LTTE financially.

I visited my girl friend on May 12th 2012 and while I was in her house some army officers from the Slave Island army camp came there. They searched my girl friend's house and arrested my girl friend's father saying that he is an LTTE. After checking my ID and talking to me they learned that I am from the Air force. They arrested me too saying that they have to question me. They took me and my girl friend's father to the Slave Island army camp.

After reaching the army camp they separated us and took me to a room. The army officers asked me several questions about my girl friend and her family and I told them everything that I knew about my girl friend and her family. Then they told me that my girl friend's father is believed to be an LTTE and asked me if I was sharing any information with my girl friend or her father about the air force base in Katunayaka. I told them that my relationship was only with my girl friend and never shared any information about the camp with her. The army officers asked me if my girl friend ever came to the air force base. Because of the fear I lied to them saying that she never came to the air force base. After questioning me for about two hours they released me saying that they would contact me if they needed more information.

I returned to my base and contacted my girl friend. She was very worried about her father and begged me to help her to get her father released. At this point I told my girl friend that I lied to the army that she never came to the air force base. I told her to say the same thing to the army if they questioned her about it anytime.

On May 14th 2012 I was called to the office of Base Commander Gurusinghe. He told me that he was informed by the Slave Island army that I was held for a brief questioning and the army had requested them to send my file. He asked me to explain to him what happened and why I was visiting a Tamil family in Dehiwela. I explained to the officer about my girl friend and I told him that I was visiting her every weekend.

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 05/02/2013 |
| Applicant's Name | Applicant's Signature |
| ROHAN KUMARA SAMARATHUNGA MUDIYANSELAGE | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part ___B___

Question _____

On May 16th 2012 Base Commander Gurusinghe sent me to the Slave Island army camp with two air force police officers. Once I was handed over to the Slave Island army I was taken to a room and interrogated. The army officers told me that they had found records of my girl friend visiting the air force base and I have lied to them during their previous questioning. I had no other choice but to accept the fact that I was afraid and lied to them previously. The army officers didn't believe me. They said that my girl friend was visiting the air force base to collect information for the LTTE and I have helped her. At this point they told me that my girl friend and her mother also were taken into custody that morning for questioning. I was very scared and told them that my girl friend was innocent and not to harm her. I further said that I would never permit my girl friend to enter the air force base if she was supporting the LTTE. The army officers started beating me. They threatened to kill me if I didn't tell them whether I gave any information to the LTTE through my girl friend. They said that the LTTE had used a girl to get friendly with me and get access into the air force base. They falsely accused that my girl friend is connected to the LTTE and I have helped her to gather information to the LTTE. They cursed me in bad language and kept beating me. They called me a traitor and mistreated me. They removed my clothes, handcuffed me and mistreated me. They threatened me saying that the punishment is death for people who sells information to the LTTE. They threatened that they were going to kill me. I was very scared and kept begging telling them that I am innocent and not a traitor. They locked me in a cell after interrogating and mistreating me for about 3 hours.

I remained in the cell thinking about my girl friend. I was very worried how the army was going to treat my innocent girl friend. Time to time I was taken to the same room and questioned regarding my job inside the air force base, my girl friend's visit to the air base and the information I shared with my girl friend and her family. The only mistake I made was lying about my girl friend's visit to the airbase. Making that as a reason the army kept falsely accusing me. Finally they released me on May 25th 2012.

After I was released I went to the air force base and my superior officer told me to take few days off until the army finished their investigation with my girl friend and her family. I went

Supplement B, Form I-589

### Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| NONE | 05/02/2013 |
| Applicant's Name | Applicant's Signature |
| ROHAN KUMARA SAMARATHUNGA MUDIYANSELAGE | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part _____ B _____

Question _____

home and joined my mother in Kandy on the same day. Then my girl friend contacted me on May 26th 2012 and told me that she and her mother were released by the army. Immediately I went to her house and met her. She told me that the army was making false accusations against her family. She said that her father was an innocent businessman and the army was blaming him for selling goods to people in Jaffna. She said that the army mistreated and sexually abused her. She was very frustrated and depressed.

Somehow my girl friend's relatives helped her father to get released from the army on June 4th 2012. My girl friend told me that her family had to pay a big sum of money as bribe to the army to get her father released. She told me that her father had been beaten and tortured by the army and also they ordered him to report to them once a week. She told me that her family was planning to escape to India in a boat because of the life threat they have in Sri Lanka. She wanted me to join with her but I refused to escape in a boat.

My girl friend and her family went to India on June 9th 2012 and I went into hiding as I knew that the army was going to look for me. I started hiding with a friend in Galagedera. As I predicted the army had gone to my house looking for me on June 11th 2012 as my girl friend's father had not reported to the army and the whole family was missing. Also the air force police had gone to my house looking for me saying that I have to report to the air force immediately. I kept hiding as I feared the army and the air force.

Some unidentified people looking like military personnel, carrying weapons had gone to my house early in the morning on June 23rd 2012 and had searched my house holding my mother at gun point. They had cursed my mother in bad language and had searched for me calling me a traitor. They had threatened my mother saying that they would somehow find me and kill me for supporting the LTTE and betraying the government.

After hearing this I feared to continue to live in Sri Lanka. I had no contacts with my girl friend and I had a valid USA visa on my passport. Since I am from the air force I needed help from an agent. I contacted an agent through my friend and this agent made an endorsement on my

Form I-589 Supplement B (Rev. 11/01/12) Y

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| NONE | 05/02/2013 |
| Applicant's Name | Applicant's Signature |
| ROHAN KUMARA SAMARATHUNGA MUDIYANSELAGE | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part        B

Question

passport saying that I am an ex-airman. I left Sri Lanka on July 28th 2012 and came to USA with the help of the agent on July 29th 2012. I am seeking asylum in USA as I fear to return to my country.

5

Form I-589 Supplement B (Rev. 11/01/12) Y