Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| NONE | 05/14/2013 |
| Applicant's Name | Applicant's Signature |
| NUWAN SAMPATH WANNAKU KANKANAMGE | *[signature]* |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part         B

Question

My name is Nuwan Sampath Wannaku Kankanamge. I am a Sinhala Buddhist from 241/A, Thoranagalawattha, Pathana, Hikkaduwa, Sri Lanka. I was born on October 3rd 1986 and I studied at Sri Sumangala Madya Maha Vidyalaya in Hikkaduwa from January 1993 until August 2005. I studied up to year thirteen.

My father is a retired building contractor and my mother is a house wife. I have two elder brothers, one younger brother and a younger sister. My two elder brothers are married and living separate with their families. I am the sole breadwinner of the family and I am taking care of my two younger siblings along with my parents.

I joined a ship in June 2006 and worked as an ordinary seaman. Since then I have been working in ships and taking care of my family. I saved part of my hard earned money and purchased a land in Baddegoda which is about a mile away from my house. My father built a house in that land with the money I sent him monthly. The house was fully done by end of 2009 and I rented my house to a Tamil businessman named Selliah Moorthy in April 2010 for a monthly rental of Rs. 15,000.00. This Tamil person was introduced to me by a broker. My father collected the rent once a month and this was an additional income which helped my family to live a little better life.

It is a requirement by the government to register the Tamil tenants with the local police station so that the police would conduct a background check to make sure that the Tamils are not involved with the LTTE. I followed this rule and registered my tenant and his wife with the local police station. But without anyone's permission my tenant had given shelter to a friend in my house. This person had come from Jaffna escaping from a refugee camp controlled by the army and the army had been looking for him. One of the neighbors had seen someone strange living with my tenants and had informed the authorities.

Army officers from the Boossa army camp had gone to my house in Baddegoda on January 27th 2012 and had arrested my tenants and their friend for questioning. While conducting investigation the army in Boossa had come to know that the third person living in my house had escaped from a refugee camp in Jaffna. The army had suspected that this person is an LTTE member. The army had come to know from the tenants that I am the owner of the house and they had gone to my house looking for me. My father had told the army officers that I was working on board a ship. The army had searched my house and they had come across my photo

*1*

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 05/14/2013 |
| Applicant's Name | Applicant's Signature |
| NUWAN SAMPATH WANNAKU KANKANAMGE | *[signature]* |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part       B

Question

albums. I had some pictures in my album which I had taken when I went on a tour in April 2009 with three of my friends. We went to Wilpattu National Park and stayed in an army compound as we had a friend in the army. We went into the jungle and took some pictures posing with guns. I had some of these pictures in one of the photo albums the army had found in my house. The army had arrested my father and had taken him to the Boossa army camp saying that they would release him only if I returned and surrendered to them.

I was in Hong Kong at this time and my mother informed me about my father's arrest and the arrest of my tenants. My elder brother also spoke to me and said that he would somehow get my father released and also would try to resolve the problem with the army and told me not to come to Sri Lanka.

My elder brother somehow negotiated with the army and promised to surrender me as soon as I return to Sri Lanka. The army released my father on January 31st 2012. My father contacted me after he was released and he told me that the army was falsely accusing me of helping a member of the LTTE to hide in my house. Also he said that the army wanted to question me about the pictures in which I was posing with guns. My father had explained that the pictures were taken when I visited an army camp in Wilpattu but the army officers had not believed that.

I kept sailing in the ship and the army kept going to my house and kept threatening my parents asking for me. My tenants had paid a big sum of money as bribe to the army and they got released in March 2012. My father had met them once when they had handed over the keys to my house. After that my father had not seen them. My father believed that the army was not going to harm me because they had already released my tenants therefore he wanted me to return to my country after my contract was over.

I signed off from the ship and returned home on April 23rd 2012. My elder brother negotiated with a high ranking army officer not to harm me if I surrendered to them. After the high ranking army officer agreed I went to the army camp on April 30th 2012 and surrendered myself. I produced my passport to them in order to prove that I was out of the country when they were looking for me. They took my passport and then locked me in a cell.

After few hours I was taken before a high ranking army officer and he asked me for my personal information and told me that they still have the Tamil friend of my tenants in their custody. He

2

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| NONE | 05/14/2013 |
| Applicant's Name | Applicant's Signature |
| NUWAN SAMPATH WANNAKU KANKANAMGE | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part      B

Question

explained to me that this person had escaped from a refugee camp controlled by the army and he is suspected of being an LTTE. He further said that my tenants were released under a condition to report to them and they had disappeared. I was afraid to hear this information. Further the army officer asked me about the pictures I have taken in Wilpattu. I explained to him when and where I took those pictures. He sent me back to the cell saying that he would speak to his superiors and try to release me as soon as possible.

In the night I was taken to a room and interrogated by four army officers. They showed me my pictures and asked me why I took pictures with guns and where my friends and I found these guns. I explained to the army officers that the guns were belonging to the army and we took those pictures in Wilpattu. The army officers didn't believe me, they falsely accused me saying that the guns were belonging to the LTTE and I have visited one of their camps and had taken the pictures. They said that my tenants were missing and they strongly believe that the Tamil person in their custody had been a member of the LTTE. I told the army officers that I had never seen this person and I was not aware that a third person was living in my house. The army officers started beating me threatening to kill me if I didn't tell them the truth. I kept saying that I was innocent and I just rented my house to a Tamil couple. The army officers stripped my clothes and handcuffed me. Then they pushed me on the ground, surrounded me and beat me. There was a barrel filled with water. They pushed my head into that barrel and held me until I drowned in that water. I had difficulty in breathing and collapsed. They brought me back to sense and then interrogated and mistreated me again under false accusation. They locked me in a cell after about two hours of mistreatment.

I remained in that cell thinking why the army would treat me bad although they agreed not to harm me. I understood that the army had lied to my father and my brother. On the following day I was taken before the same high ranking army officer. I cried and told him how I was treated by other army officers. He told me that he doesn't have control over other officers who wants to question me. He said that he is still talking to his superiors about my release. He asked me how much money I have brought with me from abroad. I understood that this was a set up and he was expecting money from me. I told him that I brought home US $ 5,000.00 with me. He asked me if I am willing to pay this money to the other army officers so that he can negotiate with them for my release. Since I had no other choice I agreed. Then I was sent back to the cell.

3

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number (if available) | Date |
|---|---|
| NONE | 05/14/2013 |
| Applicant's Name | Applicant's Signature |
| NUWAN SAMPATH WANNAKU KANKANAMGE | *[signature]* |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part ___B___

Question _____

On the third day I was taken to the high ranking army officer's room and he said that the other army officers had agreed to release me and give me my passport if I pay them US $ 5,000.00. I agreed as I had no other choice. Then the officer told me that the money should be paid before they released me. I told the officer that I must speak to my father. Then the officer gave me a cell phone and I told my father to pay the army US $ 5,000.00. Then the officer took the phone from me and spoke to my father. He gave the instruction to my father how the money should be delivered.

My father paid the army officers and the army released me on May 3rd 2012. The high ranking officer gave me my passport and told me to report to the army camp once a week as they still have the Tamil person in custody. He told me that I should leave the country as soon as possible because this case is not going to be closed. He told me to report without fail once a week until I left the country.

After I returned home I explained to my father and my elder brother how I was treated by the army. My father and my brother were very angry as the army had played a trick to take a big bribe. But my father or my brother couldn't do anything about it. I also told them that the army officer told me to leave the country and also to report to them once a week until I left.

I reported to the army once a week and kept looking for another vacancy. Then I was recruited to work in "M/V Kathy Trader" and I was supposed to join the ship in Jamaica. I left my country on July 17th 2012 and came to USA on the same day. I came to New York and didn't join the ship.

Some army officers from the Boossa army camp had gone to my house on July 24th 2012 looking for me as I have not reported to them. My father had told them that I have left the country. The army officers had threatened my father saying that I would have to face serious consequences when I return to Sri Lanka.

I am seeking asylum in the United States as I fear to return to my country. The army is falsely accusing me of supporting a suspected member of the LTTE by providing him shelter. Also they falsely believe that I have visited an LTTE camp and had taken pictures carrying a gun belonging to the LTTE.

4

Form I-589 Supplement B (Rev. 11/01/12) Y