Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number (if available) | Date |
|---|---|
| NONE | 08/26//2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| Chandana Kumara Dasanayaka Dasanayaka Mudiyanselage | X |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part         B

Question

My name is Chandana Kumara Dasanayaka Dasanayaka Mudiyanselage. I am Sinhala Buddhist from 29B, Circular Road, Mount Lavinia, Sri Lanka. I was born on March 31st 1971 and I studied at St. Anthony's College in Kandy from January 1978 until December 1987. I studied up to year ten.

After leaving school I joined the Flower Lounge Restaurant as a steward in January 1990 and worked there until March 1993. Then I joined the Colombo Hilton Hotel in March 1993 and started working as a Waiter. While working at the Colombo Hilton Hotel I came across a Tamil girl from Jaffna named Felis Anoma Balakrishnan. She worked as a restaurant hostess at the hotel and she was young and beautiful. We fell in love with each other although we were from different religion. Our parents opposed our relationship but we got married on July 18th 1994 and now we have two sons and a daughter.

After leaving Colombo Hilton Hotel I worked in Emirates Airlines and then joined the Carnival Cruise Line in USA in February 2003 as a Senior Team Headwaiter. Since then I worked in several ships and sailed to several South American countries and Caribbean Islands.

My wife and children lived in Sri Lanka with my wife's parents and I took care of them from my earnings. My wife's relatives from Jaffna visited us very frequently and sometimes they stayed in my house for few days. This was a problem for me due to the ethnic problems in my country but because of my wife and her parents I had to go through this. If any relatives of my wife from Jaffna stayed more than three days in my house, my wife or I had to report it to the closest police station for our safety. That was the rule in my country.

The war between the government forces and the LTTE in my country ended in May 2009. After the war ended the civilians in Jaffna were held in refugee camps. Most of my wife's closest relatives also ended up in refugee camps. These refugee camps were controlled by the army and the Tamil refugees were not allowed to leave Jaffna. The Tamil refugees were mistreated and the young Tamil civilians were even killed. I learned that some refugees bribed the army officers guarding the refugee camps and escaped to Colombo.

Form I-589 Supplement B (Rev. 05/25/11) Y

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number (if available) | Date |
|---|---|
| NONE | 08/26//2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| Chandana Kumara Dasanayaka Dasanayaka Mudiyanselage | |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part    B

Question

My wife's step brother Jim Antony Balakrishnan escaped from the refugee camp in Jaffna and came to my house in May 2011. At this time I was working in a ship and my wife gave him shelter in my house. He was hiding in my house and my wife didn't report him to the nearest police station for the fear that they would come to know that he had escaped from the refugee camp.

I returned to Sri Lanka on September 24th 2011 and stayed with my family. My wife's step brother Jim Antony Balakrishnan started to go out with me as he was fed up of hiding inside my house. My Sinhalese neighbors had noticed that a strange person was living in my house and going around with me. Someone from my neighborhood had informed the Slave Island army that a strange person was living in my house.

Some army officers from the Slave Island army camp came to my house on October 21st 2011 and arrested my wife's step brother under suspicious that he is an LTTE. The army briefly questioned me and my wife and learned that Jim Antony is my wife's step brother. Therefore they arrested me and my wife saying that they need to question both of us. We were taken to the Slave Island army camp and held in a room. In few minutes they took my wife's step brother away.

My wife and I were very scared and we decided that we would tell the truth to the army that Jim Antony Balakrishnan escaped from a refugee camp and came to our house. The army officers came to the room in few hours and took me along with them leaving my wife alone. I was taken to another room and questioned by four army officers. They asked me for information about my wife's step brother and I told them everything. The army officers asked me why my wife's step brother escaped from the refugee camp in Jaffna. I told the army officers that my wife's step brother told me that the living condition of the refugee camp was very poor and unhealthy and that was the reason why he escaped from there. The army officers yelled at me and told me that my wife's step brother was an LTTE and he had escaped from the refugee camp in order to abscond from the army. I told the army officers that my wife's step brother was not an LTTE and he was innocent. The army officers didn't believe me. They

Form I-589 Supplement B (Rev. 05/25/11) Y

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| NONE | 08/26//2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| Chandana Kumara Dasanayaka Dasanayaka Mudiyanselage | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part        B

Question

stripped my clothes and tied me to a rope hanging from the roof. Then they beat me with a plastic pipe on my back threatening to kill me if I didn't tell them the truth about Jim Antony. I kept saying that he is an innocent man but they didn't believe me. They falsely accused me of providing shelter to an LTTE member in my house. The army officers also threatened me that they would rape my wife and mistreat her if I didn't confess the truth. I begged the army officers not to harm my wife but they insulted and humiliated me. They squeezed my testicles and I collapsed as I couldn't breathe because of the pain. They sprayed water on my face, gave me my clothes and ordered me to get dressed. Then they locked me in a cell alone. I asked the army officers where my wife was but they didn't tell me anything.

I remained in that cell for few more days and the army officers came to the cell and mentally tortured me. They kept saying that they had sex with my wife and described how she looked naked. They even said that my wife is also an LTTE.

Two army officers took me to a high ranking army officer's room on October 31st 2011. I saw my wife in that room and I was very happy to see her. She hugged me and started crying loudly. The high ranking army officer ordered her to stop crying. Then he said that he was going to release both of us and we should report to the army camp once a week until the investigation is over. He said that he was waiting for a report from Jaffna about my wife's step brother and he would discharge our case if my wife's step brother was found innocent. He said that he would not release my wife's step brother until he received that report.

After returning home I learned from my wife that she was mistreated and sexually abused by army officers. She told me that the army officers stripped her naked and sexually abused her calling her a Tamil tiger. She was very frustrated and mentally depressed. My father-in-aw told me that he paid a bribe of Rs. 300,000.00 to the army to get both of us released. He said that one of his friends who had contacts in the army arranged for the bribe to be paid.

I went to the army camp with my wife on November 7th 2011 and reported to them. My wife and I were separated and mistreated by army officers. My wife had been again sexually abused

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| NONE | 08/26//2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| Chandana Kumara Dasanayaka Dasanayaka Mudiyanselage | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part     B

Question

by army officers and she was very frustrated. She told me that she would commit suicide rather than being touched by army officers. I didn't know what to do as the army would arrest us again if we didn't report to them.

On November 10th 2011 four army officers came to our house in the night in a white van. They were in civilian clothes and carried pistols in their hands. They told me that the army had received enough evidence to prove that my wife's step brother had been in the LTTE. They said that he had been in army custody in Jaffna many times. They wanted to take me and my wife away with them. I somehow negotiated with them and paid them a bribe of Rs. 50,000.00 to send them away.

After the army officers left our house we discussed and decided to hide. My wife didn't want to face the army anymore. She was very scared and terrified. I went to my step sister's house in Galagedara with my wife and children and started hiding. Since my wife and I didn't report to the army on the following week the army officers started looking for us. They had gone to my house on November 15th 2011 and had threatened my father-in-law asking for me and my wife. My father-in-law had told the army officers that we went abroad. The army officers had been very angry and they had threatened to arrest my wife and me and kill both of us for absconding from the army.

I had a valid USA visa in my passport therefore I came to USA on November 22nd 2011 and joined a ship. I kept sailing in the ship and supporting my family who was in hiding in Sri Lanka. I signed off in USA in July 2012 but I didn't go to my country. I went to Bahamas and returned to USA on July 17th 2012. I joined the ship again and worked until November 2012. I went to Bahamas again and then came to USA on December 17th 2012.

I was afraid to return to my country as I strongly believed that the army would arrest and kill me. The army never released my wife's step brother and my family is still in hiding. Therefore I am seeking asylum in the United States.

4

Form I-589 Supplement B (Rev. 05/25/11) Y