Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/16/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| DAMINDA BANDARA DISSANAYAKE MUDIYANSELAGE | *Daminda* |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part     B

Question

My name is Daminda Bandara Dissanayake Mudiyanselage. I am a Sinhala Buddhist from 141/C, Amunugama, Gunnepana, Kandy, Sri Lanka. I was born on June 9th 1984 in the town of Wattegama, Sri Lanka. I studied at Vidyartha College in Kandy from January 1990 until August 2003.

After completing high school I joined the National Youth services Council of Sri Lanka and followed "The International Cookery" course from January 2004 until October 2004. As part of the cookery course I was trained at Citadel Hotel in Kandy from August 2004 until October 2004.

I worked as a trainee cook at Citadel Hotel in Kandy from April 2005 until September 2005. Then I joined the Continental Hotel in Colombo as a trainee Commis III Chef in September 2005. After I joined the Continental Hotel in Colombo I lived in an annex at Maradana, Colombo. This was just a one bedroom apartment and three people including me lived there. The other two persons also worked in hotels in Colombo and I was introduced to them through a relative.

In July 2006 I was made permanent at the Continental Hotel and continued to work there until July 2007. Then I returned to Kandy and started following a course at the Sri Lanka Institute of Tourism and Hotel Management. I followed a course in Professional cookery and another course in Restaurant and Bar Services. Then I returned to Colombo again and joined Cinnamon Lakeside Hotel as a Commis III chef in August 2008. I went to the annex in Maradana and found only one person was living there. I joined him again and lived in Maradana while working at Cinnamon Lakeside Hotel.

In January 2009 the person who was sharing the apartment with me also left and I was the only person living at the apartment and paid the whole rent and the utility bills. I started looking for someone to share the apartment as I couldn't bear the cost. At this time another chef working in the same hotel with me named Ravi Gobinath had problems with his current landlord. He agreed to move to my apartment and share the rent. I was happy about it as I was going to

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/16/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| DAMINDA BANDARA DISSANAYAKE MUDIYANSELAGE | *[signature]* |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part       B

Question

share the apartment with a person who was working in the same hotel where I worked. Ravi Gobinath is originally a Tamil from Jaffna and he moved to my annex in February 2009.

The war in Jaffna ended in May 2009 after the government forces defeated the LTTE. The whole Jaffna came under the control of the army and the army kept the Tamils in refugee camps. The army didn't allow any Tamil to leave Jaffna as they believed that the LTTE was still among them. Since the living conditions in the refugee camps were very poor and dangerous, Tamils started escaping from those camps by bribing the army.

The elder brother of Ravi Gobinath named Sivan Gobinath came to our annex from Jaffna in August 2009 and Ravi wanted my permission to give his elder brother accommodation until he found a job for him and a place to live. I couldn't say no to my friend as we worked in the same hotel and had a very good friendship.

Sivan Gobinath stayed with us for about 6 months and he couldn't find a job. He went to Vavuniya in February 2010 saying that he was going to live with a friend who was conducting business in Vavuniya.

Sivan Gobinath's friend in Vavuniya had a store selling food items. Sivan Gobinath lived with his friend in Vavuniya and started helping his friend to conduct business. Sivan Gobinath came to Colombo very often and carried food items to his friend's business in Vavuniya. Whenever he came to Colombo he stayed one or two days in our annex while doing purchasing in the Pettah Market.

Sivan Gobinath came to our annex on December 7th 2011 saying that he came to purchase food items for his friend's business. As usual Ravi and I went to work and Sivan went to the Pettah market to purchase food items.

On December 9th 2011 the army had arrested an LTTE member in Pettah who they had been looking for a long time. This person had been living with a different identity and conducting business in Colombo. At the time of the arrest of this LTTE member my friend's brother Sivan

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number (if available) | Date |
|---|---|
| NONE | 09/16/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| DAMINDA BANDARA DISSANAYAKE MUDIYANSELAGE | Daminda |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part        B

Question

Gobinath had been with him doing some kind of money transaction. The army had arrested Sivan Gobinath along with this LTTE member.

The army had detained Sivan Gobinath at the Slave Island army camp and had interrogated him under suspicion that he had something to do with the member of the LTTE. While interrogating, the army had come to know that Sivan Gobinath was staying in our annex in Maradana.

Some army officers from the Slave Island army camp came to our annex in Maradana around 9.00 pm on December 9th 2011. They checked our ID's and showed a picture of Sivan Gobinath and asked us whether we knew that person. Ravi told the army officers that it was his elder brother and he came from Vavuniya to buy some food items for his friend's business. The army officers searched the whole annex and took some documents and picture albums belonging to Ravi and me. Then they arrested both of us and took us to the Slave Island army camp saying that they have to question us.

We were locked in a cell at the army camp and we started wondering what has happened. We both remained in the same cell until the following morning. Two army officers came to the cell and took Ravi Gobinath for questioning.

After about two hours the same officers came to the cell and took me before a high ranking army officer. He took my background information and questioned me about my relationship with Ravi and Sivan Gobinath. I explained to the officer that Ravi and I were sharing the annex and his brother Sivan came very often to purchase food stuff to his friend's business in Vavuniya. The army officer told me that the Tamil person who was arrested along with my friend's brother in Pettah was a wanted LTTE member who they have been looking for after the war ended. He also said that my friend's brother Sivan Gobinath had disappeared from a refugee camp in Jaffna after the war ended. He also said that he found pictures of me and Ravi taken in several places in Colombo in Ravi's picture album. For my surprise the army officer showed me an old picture of Ravi that was taken with some LTTE cadres in LTTE uniform.

3        Form I-589 Supplement B (Rev. 05/25/11) Y

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/16/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| DAMINDA BANDARA DISSANAYAKE MUDIYANSELAGE | *Daminda* |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part         B

Question

I was shocked to see that as Ravi had never shown me a picture taken with LTTE members. The officer threatened me to tell the truth if Ravi and his brother were former LTTE members and whether they had any plans. I started shivering with fear and I told the officer that I was totally unaware of anything. The officers threatened me again with death if I didn't tell him the truth. I cried and begged him saying that I am innocent. He sent me back to the cell saying that he would deal with me later.

I remained in the cell with fear and didn't have a clue of what was going to happen next. I knew that my friend Ravi was not a member of the LTTE or never supported them. But I couldn't believe that he had taken pictures with LTTE cadres and kept those pictures in his album.

In the night I was taken to an interrogation room. There were four army officers and they ordered me to remove my clothes. After I removed the clothes they tied my hands with a rope. Then they seated me on a bench and ordered me to confess the whole truth. I told them that Ravi and I worked in the same hotel and shared the same annex and his brother stayed in our annex whenever he came to purchase food items for his friend's business. The army officers started beating me. They punched me and kicked me with their boots threatening to kill me if I didn't confess the truth. I kept telling them that I was telling the truth. Then the army officers tied me to a rope hanging from the roof and beat me again asking me to confess the truth. They wanted to know if Ravi and Sivan were involved in any LTTE activities and whether they had any LTTE associates in Colombo. Army wanted information and I didn't have any information to give them. They called me a liar and falsely accused me of withholding information to the government. I collapsed due to their beating and they poured water on my face. After I recovered they ordered me to get dressed and locked me in the cell again, threatening to kill me.

On the following day also I was taken to the same room and interrogated. They beat me and mistreated me asking for information about Ravi and Sivan and I didn't have any information to give them. They locked me back in the cell threatening to kill me.

4   Form I-589 Supplement B (Rev. 05/25/11) Y

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/16/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| DAMINDA BANDARA DISSANAYAKE MUDIYANSELAGE | *Daminda* |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part    B

Question

The army had informed my parents and my father had come to Colombo on the day after I got arrested. My father had negotiated with the army and had offered a bribe for my release. The army took Rupees 300,000.00 from my father and released me conditionally on December 22nd 2011. They ordered me to report to them once a week. The army didn't release my Tamil friend or his elder brother.

After I was released my father told me that he discussed with the high ranking army officer who helped him to get me released and he was advised to send me out of the country to get me out of this mess. He said that the Tamils have no chance of being released and the army will come looking for me again. My father sent me to Moratuwa and I started hiding there with my uncle.

I didn't report to the army as I feared that they will arrest and detain me again. The army had gone to my house on 12/31/2011 looking for me. My father had told the army officers that I went abroad. The army officers had threatened my father that they would arrest and kill me.

I lived in Moratuwa and started looking for a way to escape from my country. My father came across an agent who promised to send me abroad. This agent was able to get me a job at the Carnival Cruise Line. He processed my application and arranged all documents. I went to the USA embassy in Colombo with few people and obtained the relevant visa. I left my country with the help of the agent on August 9th 2012 and came to USA on August 10th 2012. I joined a ship in Miami on August 11th 2012 and started sailing.

Few months passed very fast and the shipping company told me that I have to go to Italy and then sign off. If I sign off in Italy I will have to go back to my country and I didn't want to take that risk. I told the company that I want to sign off in USA early and go to my country. My company discharged me on January 21st 2013 and told me to leave USA. I came to New York and stayed without leaving USA for the fear of getting killed in my country.

I am seeking asylum in USA as I fear to return to my country. The Sri Lanka army is looking for me under false accusation that I am withholding information about two LTTE members.

Form I-589 Supplement B (Rev. 05/25/11) Y