Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/18/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| SURENDRA NAMAL PATABENDIGE COORAY | *[signature]* |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part    B

Question

My name is Surendra Namal Patabendige Cooray. I am a Sinhala Roman Catholic from 682/4, Colombo Road, Wennappuwa, Sri Lanka. I was born on July 30th 1969 and I studied at Joseph Vass College in Wennappuwa from January 1977 until December 1986.

My father was a teacher and he retired in 1985. After he retired he started buying and selling used motor vehicles. I have an elder brother and two younger brothers. My elder brother is currently living in England and the younger brothers are living in Italy.

After I left school in 1986 I joined my father and helped him in his motor vehicle business. Subsequently I learned this business and continued the business with my father. We purchased used vehicles, repaired and modified them and sold them with a profit.

I went to Italy in 1990 as my elder brother lived in Italy at that time. I got the work permit in Italy in 1990 and continued to work and live there. I got married on January 22nd 1991 in Sri Lanka and my wife joined me in Italy in 1992. My son was born on October 5th 1994 in Sri Lanka and he lived mostly in Sri Lanka with my parents. My daughter was born in Italy on June 21st 2002 but she lived with my parents in Sri Lanka except for few visits to Italy.

My wife returned to Sri Lanka in June 2007 for good and never returned to Italy. She lived with my children in Sri Lanka. When my wife decided to return to Sri Lanka for good I made arrangements for her to live a peaceful life in Sri Lanka with my children. In December 2006 I purchased a Daihatsu Terios (Kembara) Jeep, registered it under my name and kept it for my wife's personal use. When I visited Sri Lanka in June 2008 a person from Batticoloa named Balu Magendran offered to pay me a good price for the Jeep and I sold it to him for Rupees 2 Million in July 2008. At this time my wife had other vehicles for personal use. Then I returned to Italy and continued to work.

My wife started a flower and plant nursery business in 2009 in Sri Lanka. My wife and I owned several rental properties including a coconut estate. We had enough income and my wife started the nursery as a hobby. I returned to Sri Lanka for good on February 10th 2010. I got involved in my wife's business and gradually I started to export flowers and plants to Middle Eastern countries through a company belonging to a friend.

Form I-589 Supplement B (Rev. 05/25/11) Y

1

**Supplement B, Form I-589**

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/18/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| SURENDRA NAMAL PATABENDIGE COORAY | *[signature]* |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part          B

Question

The disaster in our life started in June 2012. The army from the Seeduwa army camp came to my house on June 1st 2012 and arrested me saying that they found a Daihatsu Jeep belonging to me in an underground LTTE camp in Jaffna. They took me to the Seeduwa army camp and questioned me. At first they gave me the description of the vehicle and I realized that it was my jeep that I sold to Balu Magendran in July 2008. The army officers asked me to explain to them how the jeep which was registered under my name ended with the LTTE. I explained to the army officers that I sold the vehicle to a person named Balu Magendran in July 2008 and that I was totally unaware that the buyer has not transferred it to his name. The army officers told me that the vehicle was last registered December 2006 and no records of the vehicle was found after that. The army officers told me that the LTTE was using the vehicle and they had abandoned it when they were defeated by the army in 2009. The army officers falsely accused me of selling my jeep to the LTTE through Balu Magendran and making a good profit out of it. I told the army officers that I never sold my vehicle to the LTTE. The army officers asked me for the address of Balu Magendran and I told them that the file was in my house. They locked me in a cell and went to my house to get the file from my wife.

On the following day (06/02/2012) the army officers came to the cell and took me to the same room. They were angry and beat me saying that Balu Magendran is an LTTE and he is in the army custody in Batticoloa. They said that he was arrested few years ago for supplying vehicles to the LTTE. They said that I have sold my vehicle knowingly that Balu Magendran was with the LTTE. I told the army officers that I was totally unaware that Balu Magendran was supplying vehicles to LTTE and I didn't sell the vehicle knowingly that it was going to the LTTE. The army officers didn't believe me. They beat me and mistreated me under false accusation. They said that I have made money by selling many vehicles to the LTTE and they threatened to kill me. They stripped my clothes and tied my hands with a rope. They pushed me on the ground and kicked me. They laid me on a table and beat on my feet asking me to confess the truth. It was very painful and I kept screaming. They taped my mouth and continued to mistreat me. They squeezed my testicles and I collapsed as I couldn't breathe. They sprayed water on my face and ordered me to get dressed. Then they locked me in a cell.

I remained in the cell until the following day (06/03/2012). I was taken before a high ranking army officer and he too interrogated me. He said that I have become wealthy by selling vehicles

Form I-589 Supplement B (Rev. 05/25/11) Y

2

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number (if available) | Date |
|---|---|
| NONE | 09/18/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| SURENDRA NAMAL PATABENDIGE COORAY | *[signature]* |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part  B

Question

to the LTTE. I kept denying his allegations and begged him to help him. I told him that I was in Italy for many years and these are my hard earned money. After learning this the officer told me that he can temporarily release me if I paid him a bribe of Rupees 500,000.00. I told him that my wife will pay him if he contact her. The high ranking army officer gave me his cell phone and asked me to call my wife and tell her to pay the army officer the agreed amount. I called my wife and she promised to do so.

My wife paid the army officer on the following day and I was released by the army on June 4th 2012. The officer told me that I should not tell anyone that I paid a bribe for my release. He threatened to kill me if I did so. He also told me that I must report to the army once a week and he will try to close my file as soon as possible and set me free completely.

I went home and joined my family. My wife and children were happy to see me again. I reported to the army on the following week and I saw the army officers who interrogated me during my detention at the army camp. They cursed me in bad language and threatened to kill me. They asked me how much money I paid to their superior officer but I didn't tell them anything. They were angry and promised to teach me a good lesson. These threats continued whenever I reported to the army camp.

On June 24th 2012 eight army officers came to my house in the middle of the night in civilian clothes. They handcuffed me, blindfolded me and abducted me in a van. They threatened my wife and children at gun point that they would kill everyone if anyone made any noise. They said that they would bring me back home in few hours and no one should inform the police or the army. They said that they would kill me and burn my body if their orders were not followed.

They drove the van for about 30 minutes and took me inside a building which looked like an abandoned office complex. I was able to see everything as they removed the blindfold after getting inside that building. The army used old abandoned buildings in the past for detaining suspects and assassinating them. I was very scared to see this place. I was taken inside a room which looked like a cell they had used in the past to detain people. They seated me on a chair and told me that they were army officers from a special unit from the Seeduwa army camp. They said that their unit was responsible for abductions and assassinations of LTTE suspects and LTTE supporters in that area. They further said that they are been authorized by the



Form I-589 Supplement B (Rev. 05/25/11) Y

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number (if available) | Date |
|---|---|
| NONE | 09/18/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| SURENDRA NAMAL PATABENDIGE COORAY | [signature] |

NOTE: Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part: B

Question:

government to carry out those abductions and killings. They told me that they have orders from their superiors to abduct and kill me for selling my vehicle to the LTTE. I cried and begged them to spare my life. At first they asked me to tell them how much money I gave their superior officer. I told them that I paid him Rs. 500,000.00. They looked very angry as they have not received their share. They told me that their price for my life is Rupees 5 Million. I was shocked to hear this. I told them that I do not have that amount of money. They told me that I have enough wealth and I must sell one of them and pay them. Since I had no other choice I asked them for time. They told me that they would give me only two weeks to pay them. They threatened that they know how to find me and my family if I ever try to cheat them or take any action against them. I agreed to their conditions. They blindfolded me again and dropped in a street near my house.

I went home early in the morning on June 25th 2012 and told my wife what happened. My wife was very scared and she didn't even want to live in my house for even a minute. My children were panicked and they were crying. We took some of our belongings and went to a friend's Bungalow in Talawakele which is about 125 miles away from my house.

I received several calls to my cell phone from unidentified numbers and I didn't answer those calls. The corrupted army officers had come to know that I have gone into hiding. On July 1st 2012 some unidentified people looking like army officers had gone to my house in Wennappuwa. They had forced opened my house doors and had been looking for me and my family members. My immediate neighbor had seen this through his window. He called me and informed me about this. My wife and I were very afraid to hear this. Also we learned from our neighbor that the army was looking for me as I have not reported to them.

I obtained a new passport and applied for USA visa with my family. We got the visas on August 22nd 2012. I left my family with my friend in Talawakele and came to USA on September 24th 2012. I arranged accommodation for my wife and children and they joined me on October 27th 2012.

After coming to USA we didn't know what to do and where to go. My wife and children were confined to a basement in Staten Island and my wife became mentally sick. My son wanted to go to school therefore we converted his visa to F/1. My wife was very stubborn and she wanted

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/18/2013 |
| Applicant's Name | Applicant's Signature |
| SURENDRA NAMAL PATABENDIGE COORAY | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part ___B___

Question

to return to Sri Lanka. I told her about the threats she will be facing if she returns. But she didn't listen to me. She returned to Sri Lanka on September 4th 2013 with my daughter and I have no other choice other than applying for asylum in United States.

My wife accompanied my daughter as my daughter never lives without my wife. My wife and daughter are currently living in Udubaddawa with one of my wife's good friend. My wife thinks that it is safe for her to live with her friend. I hope that the USA government will grant me and my son asylum so that my wife and daughter can return to USA and live with us safely.

Form I-589 Supplement B (Rev. 05/25/11) Y

5