Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/30/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| Prabath Nishantha Perera Palihawadana Arachchige | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part     B

Question

My name is Prabath Nishantha Perera Palihawadana Arachchige. I am a Sinhala Buddhist from 295/22, St. Mary's Mawatha, Wewalduwa Road, Wattala, Sri Lanka. I was born on June 15th 1972 and I studied at Wedamulla Maha Vidyalaya from January 1979 until December 1990.

I followed a cookery course at National Apprentice and industrial Training Authority from January 1990 until December 1993 and passed out as a Trainee Cook in the field of Food & Beverage. I joined the Hilton Hotel in Colombo in January 1994 as a 1st Commis Cook. I worked in this hotel until December 1998. During this time I married Amaratunga Arachchige Punya Preethika Dias on October 8th 1998. We do not have any children.

I went to Dubai in December 1998 and worked for Al-Maha Resort in Dubai as a 3rd Commis Chef until September 2001. Then I returned to Sri Lanka and went to Australia in September 2001 and worked at Crown Casino in Victoria as a Cook until October 2002. I returned to Sri Lank from Australia in October 2002 and continued my career working in Hotels.

I owned the house in Wattala and I constructed an annex to the house with the money I saved from my foreign employment. I completed the annex by end of the year 2004 and started renting from January 2005. I received a monthly rental of Rupees 25,000.00 and this was an additional income for me.

My 1st tenants vacated the annex in December 2008 and I rented the annex to new tenants in January 2009. My new tenants were a Tamil couple originally from Jaffna but they lived in Wattala area before they moved into my annex. The husband conducted a business in Colombo buying and selling food items and the wife was a nurse at Ratnam Hospital in Colombo. They had a clean background and I registered them with the local police station as there was a requirement by the government that the new tenants should be registered by the landlord with the local police station.

The war between the government forces and the LTTE ended in May 2009 and about a year later the Tamils living in Colombo started visiting their relatives in Jaffna. My tenants went to Jaffna few times and I learned from them that they were visiting their relatives in Jaffna.

My tenants went to Jaffna on March 16th 2012 saying that they will return in a week but they never returned. I tried to contact them through cell phone but couldn't contact them. I didn't

Form I-589 Supplement B (Rev. 05/25/11) Y

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/30/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| Prabath Nishantha Perera Palihawadana Arachchige | *[signature]* |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part         B

Question

know what to do but waited until they returned. There were lot of mails for my tenants and I left them inside the annex.

On April 23rd 2012 early in the morning some army officers from the Slave Island army camp came to my house. They asked me about my tenants and I told them that my tenants went to Jaffna on March 16th 2012 and never returned. The army officers told me that my tenants were in army custody in Jaffna and they have received orders from Jaffna army to search my tenant's residence looking for evidences. The army officers wanted me to give them the spare key for the annex and I gave it to them. The army officers searched the annex and took some files and documents belonging to my tenants. They left my premises saying that they will come again if they needed further information from me. My wife and I were very afraid and we didn't know why the army had detained my tenants in Jaffna.

On April 26th 2012 six army officers came to my house and arrested me under false accusation that I have rented my house to LTTE members. I was shocked to hear this and I tried to explain to the army that I have followed the law by registering the tenants with the local police station. But the army officers didn't listen to me. They handcuffed me and took me to the Slave Island army camp.

They took me before a high ranking army officer and he asked me for more details about my tenants (husband and wife). I told the army officer that they rented my annex since January 2009 and I registered their names at the local police station. I also told the officer that the husband conducted a business in Colombo and wife worked as a nurse. The officer told me that the army in Jaffna had arrested my tenants because they had received information that my tenants had been receiving money from Canada and depositing into the accounts of LTTE members. I was shocked to hear this. The officer asked me for names and address of Tamils with whom my tenants associated. I told the officer that I don't know any of my tenants' friends. He asked me more questions and then locked me in a cell.

In the night I was taken to room in the army camp and there were four army officers in Civilian clothes. They showed me a photo album belonging to my tenants in which I have taken few pictures with my tenants and their friends. I remember those pictures because I was invited for my tenant's wife's birthday party and I took some pictures with their friends. The officers called

2

Form I-589 Supplement B (Rev. 05/25/11) Y

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number (if available) | Date |
|---|---|
| NONE | 09/30/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| Prabath Nishantha Perera Palihawadana Arachchige | [signature] |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part         B

Question

me a liar and started beating me. The army officers falsely accused me of supporting the LTTE and withholding information to the army. They threatened to kill me if I didn't give them the names and addresses of those Tamil friends of my tenants. I told the army officers that I just took pictures with them and I don't know them well. The army officers stripped my clothes and beat me. They tied my hands and legs with a rope and mistreated me. They locked me in a cell after about two hours of beating and mistreatment.

On the following day I was again taken before the high ranking army officer. He also called me a liar and wanted me to explain to him why previously I said that I didn't associate with the friends of my tenants. I told him that I just met my tenants' friends at a party and didn't associate with them to know their names and addresses. He got up from his chair and starting beating me falsely accusing me of supporting the LTTE. He said that somehow the army in Jaffna will find the names and address of the people in the pictures and I will never be released as I have lied to the army. I begged the army officer saying that I am innocent but he didn't care about it. He sent me back to the cell.

The army detained me for about a month and I was threatened and questioned many times. They showed me the bank statements of my tenants which contained records of money received from abroad and transfers made to other accounts. Also they showed me several pictures and asked me if I have seen those people visiting my Tamil tenants. I lived in the army camp horrified with fear as the army officers always kept saying that they would kill me and destroy my body.

The army released me on May 28th 2012 and ordered me to report to them once a week. My wife started crying when she saw me because I looked like a skeleton. My wife told me that she came to the army camp and begged the army officers to get me released. She said that she went to every politician in the area and begged them to speak to the army about my release.

I stayed in my house and recovered gradually. I reported to the army camp once a week and the army officers kept threatening me. I started facing financial difficulties and also feared the army because they visited my home during odd hours and searched my annex for more evidence. Every time they came to my house they threatened to kill me.

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/30/2013 |

| Applicant's Name | Applicant's Signature |
|---|---|
| Prabath Nishantha Perera Palihawadana Arachchige | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part        B

Question

I started looking for a way to leave my country. During this time I came across an agent who recruits employees for Carnival Cruise Lines. I handed over an application and I was selected for the job. I was sent to the USA embassy in Colombo and obtained a USA visa on July 16th 2012.

I left my country on August 2nd 2012 and joined the ship on August 3rd 2012. Since I didn't report to the army, the army had gone to my house looking for me. My wife had told them that I have gone abroad. My parents came to my house and lived with my wife for her safety.

Army visited my home few times and finally they arrested my wife on November 23rd 2012 demanding my surrender. My father contacted me over the phone and told me about my wife's arrest. I informed my company about my situation and returned to my country on November 27th 2012. I surrendered to the Slave Island army on November 28th 2012.

I was taken to a room and beaten by army officers for leaving the country without informing them and not reporting to them. They threatened to kill me and locked me in a cell. They released my wife on November 29th 2012 but my father had to surrender my passport to the army.

On the third day (12/01/2012) I was taken to a room inside the army camp. I met the high ranking army officer and two of his subordinates in that room. The officer started negotiating with me. He said that he will return my passport and let me leave the country if I agreed to pay him Rupees 500,000.00. I told the officer that I don't have that amount of money. The army officer said that he will give me some time to collect the money and he will hold my passport until that time. He further said that if I didn't agree to their offer I will never be released from the army camp and will get killed one day. Because of the fear I agreed to his demand.

The army released me on December 2nd 2012 but they told me not to live in my house until I paid them and left the country. When I met my wife she told me that she was threatened, mistreated and sexually abused by army officers. My wife and I went to my wife's friend's house in Kandana and stayed there. I contacted the army officer by phone and it took nearly two months for me to arrange the money. My father paid the army in February 2013 and got my passport back. The army officer had told my father to send me abroad or I will get arrested

4    Form I-589 Supplement B (Rev. 05/25/11) Y

Supplement B, Form I-589

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| NONE | 09/30/2013 |
| Applicant's Name | Applicant's Signature |
| Prabath Nishantha Perera Palihawadana Arachchige | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part    B

Question

again as my name is still in the wanted list. The high ranking army officer had told my father that he has not kept any record of my arrest or my wife's arrest.

I contacted the same agent again and he helped me to return to USA on March 14th 2013. I didn't join the ship as I wanted to live in USA and seek asylum. My wife is hiding in Kandana with her friend and I cannot return to my country. The Sri Lanka army will arrest and kill me under false accusation that I have helped LTTE members.

Form I-589 Supplement B (Rev. 05/25/11) Y